UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 6, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOKI LOTOVALE,<br><br>　　　　Defendant. | Case No. 2:24-cr-00318-DJC-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOKI LOTOVALE,

Case No. 2:24-cr-00318-DJC-3 , Charge 21 U.S.C. § 846 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond   $10,000.00 cosigned by Raelynn Mapu

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__x__ (Other): Released forthwith with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office at 9:00 AM on 1/7/2026 to 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on January 6, 2026 at 3:30 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan