HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Taumai Lolohea

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAUMAI LOLOHEA, ET. AL.<br><br>Defendants. | Case No. 2:24cr318-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: August 27, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Robert Abendroth, counsel for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant TAUMAI LOLOHEA, William Portonova, attorney for defendant EMALATA LOLOHEA, and Linda C. Harter, attorney for defendant LOKI LOTOVALE, that the Status Conference currently set for August 27, 2026 at 9:00 be continued to **December 3, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. The government has produced over 500 pages, 26 audio/video files, cellular extractions for five devices, and significant amounts of additional native discovery pertaining to social media to the defense. Much of the native discovery is in the Samoan language.

2. On August 14, 2025, the case was declared complex under local code T2. Dkt. 42.

3. Mr. Lotovale was arraigned on January 6, 2026. Dkt. 58.

4. The parties last appeared for a Status Conference on May 28, 2026. Dkt. 81. Ms. Harter communicated to the Court that she had recently been appointed to the case and that she was having difficulty obtaining interpretation services in the Samoan language.

5. For the above reasons, the defendants need additional time to review discovery and investigate the case. They move for the Status Conference to be continued to December 3, 2026, at 9:00 a.m.

6. The defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance request.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 27, 2026 and December 3, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial. The parties also agree that it is appropriate to grant the request because the case is complex (Local Code T2).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 21, 2026

/s/ *Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for TAUMAI LOLOHEA

/s/ William Portonova
WILLIAM PORTONOVA
Attorney for EMALATA LOLOHEA

/s/ Linda C. Harter
LINDA C, HARTER
Attorney for LOKI LOTOVALE

Date: August 21, 2026

ERIC GRANT
United States Attorney

/s/ Robert Abendroth
ROBERT ABENDROTH
Assistant United States Attorney
Attorneys for Plaintiff

# **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE